UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 10, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
           TB
       DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Mag 07-0106 DAD |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| GULJINDER SINGH GILL, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Guljinder Singh Gill, Case No. Mag 07-0106 DAD, Charge Title 21 USC § 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

X   Bail Posted in the Sum of $ _150,000 unsecured, co-signed by mother_

X   Unsecured Appearance Bond

__  Appearance Bond with 10% Deposit

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

X   (Other)   _With Pretrial Services Supervision on conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 10, 2007 at 2:25 pm.

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal