FILED
April 10, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
TB
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> ) <br>     Plaintiff,     ) <br>v.                              ) <br>                               ) <br>GULJINDER SINGH GILL,  ) <br>                               ) <br>     Defendant.          ) | Case No. Mag 07-0106 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Guljinder Singh Gill, Case No. Mag 07-0106 DAD, Charge Title 21 USC § 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ _150,000 unsecured, co-signed by mother_

_X_ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other) _With Pretrial Services Supervision On Conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on _April 10, 2007_ at _2:25_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal